UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE LEWIS,
Inmate No. 70698-018,
        Plaintiff,

vs.                                             Case No.: 3:21cv536/LAC/EMT

M.V. JOSEPH,
        Defendant.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on December 16, 2021 (ECF No. 20).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 20) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** for failure to comply with an order of the court.

3.     The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of January, 2022.


 s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**